UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 9:23-cv-80924-RLR

HOWARD COHAN,

    Plaintiff,

vs.

OSTERIA NUMERO UNO, LTD.
Florida Limited Partnership
d/b/a ELISABETTA'S

    Defendant(s).
_____/

## NOTICE OF SETTLEMENT

    The Plaintiff, HOWARD COHAN and the Defendant, OSTERIA NUMERO UNO, LTD., Florida Limited Partnership, d/b/a ELISABETTA'S, (the Parties) by and through their undersigned counsel, hereby notifies the Court that the instant action has settled. Accordingly, the Parties expect to file a stipulation of dismissal within thirty (30) days and should not be required to file any further responses, motions, and/or pleadings.

    RESPECTFULLY SUBMITTED October 4, 2023.

| | |
|---|---|
| By: **/s/ Gregory S. Sconzo** | By: **/s/ Richard F. Della Fera** |
| Gregory S. Sconzo, Esq. | RICHARD F. DELLA FERA |
| Florida Bar No.: 0105553 | Fla. Bar No. 66710 |
| Sconzo Law Office, P.A. | RICHARD F. DELLA FERA, P.A. |
| 3825 PGA Boulevard, Suite 207 | 500 East Broward Blvd., Suite 1710 |
| Palm Beach Gardens, FL 33410 | Fort Lauderdale, FL 33394 |
| Telephone: (561) 729-0940 | Telephone: (954) 848-2872 |
| Facsimile: (561) 491-9459 | Facsimile: (954) 848-2873 |
| Email: greg@sconzolawoffice.com | Email: rdf@rdfattorney.com |
| Email: alexa@sconzolawoffice.com | admin@rdfattorney.com |
| Attorney for Plaintiff | |

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 4, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

    **/s/ Gregory S. Sconzo**
**Gregory S. Sconzo, Esq.**